UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:25-cr-85-JSS-LHP

18 U.S.C. § 2261A(2)(B)

RICHARD F. MCDANIEL II

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Interstate Stalking)

From an unknown date, but at least as early as in or around September 2023, and continuing through at least on or about October 24, 2024, in the Middle District of Florida, and elsewhere, the defendant,

RICHARD FLOYD MCDANIEL II,

with the intent to harass and intimidate another person, that is, Victim 1, used the mail, an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused and would be reasonably expected to cause substantial emotional distress to a person, that is Victim 1.

In violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5).

SARA C. SWEENEY<br>
Acting United States Attorney

By: _____
Matthew J. Del Mastro
Special Assistant U.S. Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division